```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF GEORGIA
                              DUBLIN DIVISION
```

UNITED OF OMAHA LIFE       \*
INSURANCE COMPANY,         \*
                           \*
    Plaintiff,              \*
                           \*
    v.                      \*           CV 318-010
                           \*
JONATHAN SEAY, Individually and  \*
As Administrator of the Estate   \*
Of Lewis E. Seay, Jr., DAVID     \*
A. SEAY, SARAH LOU SEAY, and     \*
JAEL M. CONNOR,                  \*
                           \*
    Defendants.             \*

---

## O R D E R

---

**IT IS ORDERED** that lead counsel for the parties in the captioned case are instructed to meet and confer, in person, and to prepare and file with the Clerk of this Court a joint <u>consolidated</u> proposed pretrial order. The proposed pretrial order shall be filed by the close of business on March 4, 2019. Counsel for the plaintiff shall have the responsibility to initiate compliance herewith.

The form of the proposed pretrial order can be located at the Court's website www.gas.uscourts.gov under "District Court"/"Forms"/"Civil Forms"/"Consolidated Pretrial Orders - Other Judges". A party's failure to comply with the requirements hereof

may result in dismissal of the complaint or answer or in other sanctions determined appropriate by the Court. The Court will not accept for filing any proposed pretrial order prepared only from telephone conversations. The proposed pretrial order shall include a paragraph stating the date and location of the meeting, the duration of the meeting, and the names of all counsel or parties participating. If any party in this case is not represented by counsel, such party shall be obligated to comply with the requirements hereof in the same manner as counsel.

**IT IS FURTHER ORDERED** that this case will be scheduled by the Clerk for a pretrial conference. At the pretrial conference, the Court will take up any pending motions and will approve, disapprove, or direct amendment of the proposed pretrial order. <u>Lead counsel for each party shall attend the pretrial conference.</u>

All evidentiary objections and motions in limine, and responses thereto, which have not been resolved prior to the pretrial conference shall be submitted in writing at least seven (7) days prior to the scheduled pretrial conference. Proposed pretrial orders which are not consolidated (<u>proposed jointly</u>) will not be accepted for filing without the written permission of the Court.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE