IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 FEB 21 PM 3:04

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 318-010 |
| JONATHAN SEAY, Individually and As Administrator of the Estate Of Lewis E. Seay, Jr., DAVID A. SEAY, SARAH LOU SEAY, and JAEL M. CONNOR, | * * * * * | |
| Defendants. | * | |

O R D E R

Having considered the joint motion of Plaintiff, UNITED OF OMAHA LIFE INSURANCE COMPANY ("United") and Defendant JONATHAN SEAY, individually and as administrator of the Estate of Lewis E. Seay, Jr. ("Jonathan Seay"), for discharge of United from further liability under Policy No. 581244-28 ("the policy") due to the death of Lewis E. Seay, Jr., for dismissal of United as a party to this action with prejudice, and for dismissal with prejudice of Jonathan Seay's counterclaims, **IT IS HEREBY ORDERED** that:

    (a) United shall pay into the registry of the Court the sum of $19,254.79, representing interest under

the policy;

(b) Upon said payment, United, having paid the death benefit into the registry of this Court, is discharged from any further liability under or related to the policy and the death benefits thereunder;

(c) Defendants are restrained and enjoined from instituting or prosecuting in any State or United States Court against United any other proceeding pertaining to the death benefit and to the policy;

(d) United is dismissed as party to this action, with prejudice;

(e) Jonathan Seay's counterclaims against United are dismissed with prejudice;

and

(f) The death benefit shall remain in the registry of this Court subject to further Order of the Court.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE